# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

142724

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AUTO CLUB GROUP INSURANCE COMPANY,
     Plaintiff-Appellee,

v

        SC: 142724
        COA: 294697
        Jackson CC: 08-003456-CK

ROBERT LEE SMITH and CYNTHIA
HALL SMITH,
     Defendants,

and

KARON POOL and DUANE POOL,

     Defendants-Appellants.
_____/

     On order of the Court, the application for leave to appeal the January 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011


                                 Clerk

h0713